**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| Tania Enxuto,<br><br>Plaintiff,<br><br>v.<br><br>Synchrony Bank; Equifax Information Services, LLC; and Experian Information Solutions, Inc.,<br><br>Defendants. | Case No. 1:24-cv-00128-TWT-RDC |

**MOTION TO DISMISS DEFENDANT SYNCHRONY BANK WITHOUT PREJUDICE**

Plaintiff Tania Enxuto respectfully requests dismissal without prejudice of Defendant Synchrony Bank pursuant to Fed. R. Civ. P. 21, which provides, in relevant part: “On motion or on its own, the court may at any time, on just terms, add or drop a party.” Plaintiff has conferred with Defendant Synchrony Bank, who is unopposed to the relief sought.

Respectfully submitted March 12, 2024

*/s/ Esther Oise*
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Esther Oise*
Esther Oise