**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| Tania Enxuto,<br><br>Plaintiff,<br><br>v.<br><br>Synchrony Bank; Equifax Information Services, LLC; and Experian Information Solutions, Inc.,<br><br>Defendants. | Case No. 1:24-cv-00128-TWT-RDC |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion Dismiss Defendant Synchrony Bank. ECF No. 14. Upon due consideration, Plaintiff's Motion is **GRANTED**. Defendant Synchrony Bank is hereby dismissed from this action without prejudice, with the parties to bear their own costs.

**IT IS SO ORDERED** this 13th day of March, 2024.

Thomas W. Thrash

Hon. Thomas W. Thrash, Jr.
United States District Judge