**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

Tania Enxuto,

Plaintiff,

v.

Synchrony Bank;
Equifax Information Services, LLC; and
Experian Information Solutions, Inc.,

Defendants.

Case No. 1:24-cv-00128-TWT-RDC

**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Experian Information Solutions, Inc. ("Experian"). Plaintiff and Experian are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Experian will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

Respectfully submitted April 30, 2024

*/s/ Esther Oise*
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: eoise.molaw@gmail.com
Telephone: (770) 895-3736

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: *<u>/s/ Esther Oise</u>*