**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

TANIA ENXUTO,

Plaintiff,

v.

SYNCHRONY BANK, et al.,

Defendants.

CIVIL ACTION NO.
1:24-CV-0128-TWT-RDC

**ORDER**

The parties in the above civil action having announced to the Court that they have reached a settlement, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the case. The parties shall execute the settlement documents and file the dismissal consistent with their Notice of Settlement [Doc. 21]. All deadlines in this action are STAYED pending the filing of dismissal documents.

SO ORDERED, this 1st day of May, 2024.

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE