**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

Tania Enxuto,

Plaintiff,

v.

Synchrony Bank;
Equifax Information Services, LLC; and
Experian Information Solutions, Inc.,

Defendants.

Case No. 1:24-cv-00128-TWT-RDC

**STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Experian Information Solutions, Inc. hereby jointly stipulate that Experian Information Solutions, Inc. may be dismissed with prejudice, with each of the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Respectfully submitted May 14, 2024

*/s/ Esther Oise*
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

*/s/ Jacob A. Rodon*
Jacob A. Rodon
Georgia Bar No. 717500
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street, Suite 3000
Atlanta Georgia 30308-2216
Telephone: (404) 885-3000
Facsimile: (404) 885-3900
jake.rodon@troutman.com
Attorney For Defendant
Experian Information Solutions, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: *<u>/s/ Esther Oise</u>*